Case 2:04-cv-02072-JPM-dkv   Document 31   Filed 05/03/05   Page 1 of 3   PageID 46

FILED BY ___ D.C.

05 MAY -3 PM 12:07

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| MARTIN McCLAIN, individually, and d/b/a MAC'S PLACE BAR & GRILL, <br><br>       Plaintiff, <br><br> v. <br><br> CITY OF MILLINGTON, TENNESSEE, a municipal corporation, TULLY REED, JERRY LADD, TROY WALLS and MICHAEL WEST, individually, and in their official capacities as police officers for the City of Millington, Tennessee, <br><br>       Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) No. 04-2072 Ml/V |

**ORDER AFFIRMING THE MAGISTRATE JUDGE'S DECEMBER 21, 2004, ORDER DENYING PLAINTIFF'S MOTION TO COMPEL**

Before the Court is Plaintiff's appeal of a portion of the Magistrate Judge's December 21, 2004, Order Denying Plaintiff's Motion to Compel, filed December 27, 2004. Defendants responded in opposition on January 6, 2005. In particular, Plaintiff appeals the portion of the Magistrate Judge's order denying Plaintiff's motion to compel a response to interrogatory nos. 11 and 14.

Under the Federal Rules of Civil Procedure, this Court may modify or set aside any portion of a magistrate judge's order on

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on  5-4-05

31

a nondispositive matter if it is clearly erroneous or contrary to law. Fed. R. Civ. P. 72(a). Upon review of the parties' submissions as well as the Magistrate Judge's December 21, 2004, order, the Court concludes that the Magistrate Judge's rulings are not clearly erroneous or contrary to law. Accordingly, the Court AFFIRMS the Magistrate Judge's December 21, 2004, order.

So ORDERED this 2 day of May, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 31 in case 2:04-CV-02072 was distributed by fax, mail, or direct printing on May 4, 2005 to the parties listed.

---

Michael F. Pleasants
PLEASANTS LAW FIRM
8 S. Third St.
Ste. 200
Memphis, TN 38103

Edward J. McKenney
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Ste. 2700
Memphis, TN 38103--255

Rex L. Brasher
BROWN BRASHER & SMITH
5100 Poplar Avenue
Ste. 2515
Memphis, TN 38137

David A. Lumb
PLEASANTS LAW FIRM
8 S. Third St.
Ste. 200
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT