IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ᴅ.C.
05 JUN -6 PM 5: 02

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| MARTIN McCLAIN, individually, and d/b/a MAC'S PLACE BAR & GRILL,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF MILLINGTON, TENNESSEE, a municipal corporation, TULLY REED, JERRY LADD, TROY WALLS and MICHAEL WEST, individually, and in their official capacities as police officers for the City of Millington, Tennessee<br><br>Defendants. | No. 04-2072 Ml/V |

## ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Before the Court is Plaintiff's Motion for Enlargement of Time to Respond to Defendants' Motion for Summary Judgment, filed June 3, 2005. Good cause having been shown, the Court GRANTS the motion. The Plaintiff shall have until June 29, 2005, to respond to Defendants' Motion for Summary Judgment.

So ORDERED this 6 day of June, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-9-05



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 40 in case 2:04-CV-02072 was distributed by fax, mail, or direct printing on June 9, 2005 to the parties listed.

---

Rex L. Brasher
BROWN BRASHER & SMITH
5100 Poplar Avenue
Ste. 2515
Memphis, TN 38137

Todd Allen Snow
HANOVER WALSH JALENAK & BLAIR
22 N. Front Street
5th Floor
Memphis, TN 38103--210

David A. Lumb
PLEASANTS LAW FIRM
8 S. Third St.
Ste. 200
Memphis, TN 38103

Michael F. Pleasants
PLEASANTS LAW FIRM
8 S. Third St.
Ste. 200
Memphis, TN 38103

Edward J. McKenney
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Ste. 2700
Memphis, TN 38103--255

Honorable Jon McCalla
US DISTRICT COURT