IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 19 PM 12: 15

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| MARTIN McCLAIN, individually, and d/b/a MAC'S PLACE BAR & GRILL,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF MILLINGTON, TENNESSEE, a municipal corporation, TULLY REED, JERRY LADD, TROY WALLS and MICHAEL WEST, individually, and in their official capacities as police officers for the City of Millington, Tennessee,<br><br>    Defendants. | No. 04-2072 Ml/V |

## JUDGMENT

**JUDGMENT BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Defendants' Motion for Summary Judgment, entered August 18, 2005, judgment is hereby entered in favor of Defendants City of Millington, Tennessee, Tully Reed, Jerry Ladd, Troy Walls and Michael West and against Plaintiff Martin McClain and this case is DISMISSED WITH PREJUDICE.

APPROVED:

_____
JON P. McCALLA
UNITED STATES DISTRICT COURT

Aug. 18, 2005
Date

_____
THOMAS M. GOULD
Clerk of Court

_____
(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  8-19-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 66 in case 2:04-CV-02072 was distributed by fax, mail, or direct printing on August 19, 2005 to the parties listed.

---

Rex L. Brasher
BROWN BRASHER & SMITH
5100 Poplar Avenue
Ste. 2515
Memphis, TN 38137

Todd Allen Snow
HANOVER WALSH JALENAK & BLAIR
22 N. Front Street
5th Floor
Memphis, TN 38103--210

Michael F. Pleasants
PLEASANTS LAW FIRM
8 S. Third St.
Ste. 200
Memphis, TN 38103

Edward J. McKenney
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Ste. 2700
Memphis, TN 38103--255

David A. Lumb
PLEASANTS LAW FIRM
8 S. Third St.
Ste. 200
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT